UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MAURICIO PENATE,<br><br>Plaintiff,<br><br>v.<br><br>AMR H. RAMADAN,<br><br>Defendant. | No.  1:24-cv-01315-KES-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL<br><br>(ECF No. 13) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On October 31, 2024, the Court ordered Plaintiff to show cause why the action should not be dismissed, without prejudice, for failure to exhaust the administrative remedies.  (ECF No. 8.) Plaintiff filed a response on November 15, 2024.  (ECF No. 9.)

On November 19, 2024, Findings and Recommendations were issued recommending dismissal of the action, without prejudice, for failure to exhaust the administrative remedies. (ECF No. 11.)

On December 13, 2024, Plaintiff filed a voluntary dismissal of this case pursuant to Federal Rule of Civil Procedure 41. (ECF No. 13.)

///

1

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. No defendant has been served in this action and no defendant has filed an answer or motion for summary judgment. Accordingly, this action is terminated, without prejudice, by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

IT IS SO ORDERED.

Dated:   **December 18, 2024**

STANLEY A. BOONE
United States Magistrate Judge